IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL GARMAN, <br><br> Defendant. | 8:17-CR-103 <br><br> FINAL ORDER OF FORFEITURE |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 96). On August 14, 2017, the Court entered a Preliminary Order of Forfeiture (filing 76) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841, and his admission of the forfeiture allegation contained in the indictment. Filing 68 at 4; filing 69 at 1; filing 74 at 11. By way of the preliminary order of forfeiture, the defendant's interest in $13,757 in United States currency was forfeited to the United States. Filing 76.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on August 15, 2017, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 95) was filed on October 17, 2017. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 96) is granted.

2. All right, title, and interest in and to the $13,757 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 20th day of October, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge